# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 2:10-cr-493-JCM-VCF |
| MICHAEL SHOMER, | ) | |
| Defendant. | ) | **ORDER** |

The Court granted Richard F. Boulware's "Sealed Motion to Withdraw and for New Appointment of Counsel" (#68) on March 16, 2012. Therefore;

IT IS HEREBY ORDERED that Krystallin D. Hernandez is appointed as counsel for Michael Shomer in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Ms. Hernandez forthwith.

IT IS FURTHER ORDERED that the Order Requiring Payment for Appointed Counsel (#66) shall be applicable to Ms. Hernandez.

DATED this 16th day of March, 2012.

Nunc Pro Tunc: March 9, 2012.

_____
CAM FERENBACH
United States Magistrate Judge