UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL SHOMER, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:10-cr-493-JCM-VCF <br><br> **ORDER** |

On January 8, 2013, Krystallin D. Hernandez, Esq. filed a "Motion to Withdraw as Attorney of Record" (#86). Therefore, with good cause appearing;

IT IS HEREBY ORDERED that the "Motion to Withdraw as Counsel of Record" (#86) is granted.

IT IS FURTHER ORDERED that Lance A. Maningo, Esq. is appointed as counsel for Michael Shomer in place of Krystallin D. Hernandez, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Ms. Hernandez shall forward the file to Mr. Maningo forthwith.

DATED this  18th  day of January, 2013.

Nunc Pro Tunc: January 18, 2013.

_____
CAM FERENBACH
United States Magistrate Judge